UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19CR35 |
| | ) | |
| v. | ) | GOVERNMENT'S SENTENCING |
| | ) | MEMORANDUM CONCERNING |
| SAMMY HORACE WILLIAMS, II | ) | RESTITUTION |
| | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, with a stipulation between the parties concerning restitution.

**1.     Request from the "███████" Series**

The United States received a restitution request from attorney Deborah Bianco who represents the victim using pseudonym "███████," from a series of child pornography called "███████." Defendant possessed a child pornography video of this victim. The parties have agreed that Defendant will pay $3,000 in restitution towards this victim.

Attorney Bianco informs the undersigned that payments should be sent to:

**Deborah A. Bianco, P.S.
14535 Bellevue-Redmond Rd.
Suite 201
Bellevue, WA 98007**

Attorney Bianco requests that checks reference the victim's pseudonym "███████" as well as Defendant's name and the case number. Defense counsel has agreed to this request.

RESPECTFULLY SUBMITTED, this the 29th day of April, 2020.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

Page 1 of 2

/s/ DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY
NC Bar Number 54463
U.S. Courthouse
100 Otis Street, Room 233
Asheville, NC 28801
(828) 271-4661
Email:david.thorneloe@usdoj.gov